Order issued September 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01226-CV

## IN RE DAVID A. SCHUM, Relator

Original Proceeding from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-05-9233-Y

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

MARTIN RICHTER
JUSTICE